IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Joseph bradley Garrison  )
(full name)            (Register No).  )
_____  )
_____  )        Case No. 18-5051-CV-SW-SRB-P
                         )
Plaintiff(s).            )
                         )
v.                       )
                         )
                         )
                         )
Vernon County Jail       )    Defendants are sued in their (check one):
(Full name)              )    ___ Individual Capacity
Vernon Co. Mo.           )    ___ Official Capacity
_____  )    _✓_ Both
Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.  Place of present confinement of plaintiff(s): Lawrence CO Jail, Mt. Vernon MO. 65712

II. Parties to this civil action:
    Please give your commitment name and any another name(s) you have used while incarcerated.

    A. Plaintiff Joseph bradley Garrison     Register No. _____
       Address 1716 East 8th st, Springfield, MO 65802
       IN care of: Sarah Jones

    B. Defendant Vernon County Jail
       any and all persons and law enforcement Responsible
       Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III. Do your claims involve medical treatment?   Yes ✓   No ___

IV. Do you request a jury trial?   Yes ___   No ✓

V. Do you request money damages?   Yes ✓   No ___

State the amount claimed?   $15,000 / 10,000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes ✓   No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?   Yes ✓   No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?   Yes ✓   No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

E-Filed on Kiosh in Vernon County Jail Tues May 15 2018 First grievence, and every Day I filed a grievence for 9 days while there Never recieved results or answers written or verbal.

D. If you have not filed a grievance, state the reasons.

_____
_____
_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?   Yes ___   No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?   Yes ___   No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
         (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

Case 3:18-cv-05051-SRB   Document 1   Filed 06/11/18   Page 2 of 9

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
          (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
          (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

See attachment (w/pendiages)

Facts of Claim to Be Facts and True to the best of my recollection
I am mentally disabled and this has been extremely difficult for me and is only getting worse due to Negligence of Vernon County. Constant pain mentally disabled since July 2011

B. State briefly your legal theory or cite appropriate authority:

Medical Negligence while in jail in Vernon County Jail there is it well possible that my Humiliation and degradation and hostile could & still loose my finger due to not having my meds. Because I do have Mental Health issues Never recieved any of my meds for critical and have to have someone else write this down for Me Because it bothers me so much and I am upset about reprecussions from the County of Vernon, MO for this But I don't want others to have to go through this Torcher and pain and suffering.

# Last Suday Since Incarceration May 02-18

Joseph Bradley Garrison | 1-24-78 | SS#491800448
Fed ID# 14776045 | State Prison ID# 5236041
1716 E. 8th St Springfield, MO 65802
417-430-6547

Wed may 02-2018
Green Co. Jail - Cox North Springfield MO
From there on Day I was Arrested, For my Infected and Broken Index finger on my Left Hand. Taken By Transport officer for Green County MO. (Springfield) to the Emergency Room (See medical Report From North Cox Hospital) See pg A-1 Seen a Nurse In Passing and she said I A-3 May
Wed May 9, 2018  9:15 am  May 8th See pg A-2
Upon Being Recieved From transport to Vernon Co. MO. Jail 2040 E. Hunter St Nevada Mo 64772 From Green Co Via Green County transport officer into Vernon County Custody.

I was placed in H#6 Holding Cell and Did not see Medical until May 13, 2018.

4 days I slept on a mattress that was Soiled with Human feeces under Blankets that were Soiled From prior occupants. It stank, was unsanitary, Inhumane, for 4 days I plead to every C.O. and police officer that would listen to me every 30 mins. I was denied Medical attention For 4 days, left in very Nasty unsanitary Conditions with a constant Flow of Intake of Inmates (continued next page)

C.O. Kenny Weekend Shift Commander
May 13 2018 1 pm

May 17 2018 Finally got to see A Nurse at this point took pictures of my finger saying I would probably loose my finger that is why they took multiples of pictures at this Jail. By the Sekond Day of Not Having My Meds a Fever set in Cold sweats, Exstreme pain and Halucinations. My Finger swelled to twice the size it was the previous day for 4 days constantly worse each day constant smell of dead infection No matter how Much I plead and even cried from the pain Humiliated and laughed at By Custody, Kept in a Cell with No means to Contact Someone Never Seeing Medical and torched By this facility, No towels, No Soap, No toothbrush constant sweats from the persistant pain and throbbing Brought on By Four days of Neglagence Denied IRR's and Grievences everyday For those 4 days Before the Weekend Night shift Commander C.O. Kenny moved Myself and Mr. Depaul to the gym with 26 other Inmates on mothers day (May 13, 2018) 2 of the Inmates close had large Sore and Sists From Staph Infection of oozing green Infection. Put IN Medical Requests Daily (E-Filed) May 15th My PIN # Finally started working so I could File medical requests and IRR and grievences daily. First seen Nurse on May 17, 2018 given Bactrim and She took pictures. Did not see the Nurse or any Medical Care Physician until they transported me on May 24th 2018 To Lewrece C.O. Jail

# Appendages

Appendage 1 [A-1]
Medical observations and professional care Physician of ER in North Cox Medical Facility said:
X Rayed It, 2 SHots of antibiotics, one in Each Hip, was prescribed pain meds and Antibiotics (See Medical charts and discharge papers with specific INStructions)
S.I. transport officer was INStructions in writing and Verbally told By Care Physician(s) to See a finger/hand specialist that there were chips and/or multiple Breaks that could Be seen in X-Rays

[A-2] From May 2-8th 2018 while in greene Co Jail with proper medical care daily and sanitary envirgnment. The Nurse would Redress and Pack my Finger (Left Hand Index Finger) 2 X a day and Recieved meds.

[A-3] May 9th 2018 Recieved to Vernon County Jail. 11:12pm after seeing Judge For Video court that I and INmate Depaul where first to see Judge (documented in video court) when officers physically took down to the ground a INmate that was Naked. At this point myself and Depaul where the only 2 done with video court in the same area as this INcident occured

Continued From Front Pg A-3

May 9th 2018

We Depaul and I where placed in the Bull pen and Seen the Nurse and/or Medical Specialist Pass By and Stopped her to Show her my finger that it Had to Be packed 2 X's a day. The Nurse or Medical Woman Said: She said She did Not Have time For it and would Be Back. She Never did return and I didn't See her again the rest of the time was in Vernon County Jail)

Signed X Joseph Harrison

Signed this Fourth day of June, 2018

are facts and true to the best of my ability and recollection

Helped with paper work and writing By Bill Filbeck JR

Signed Billy Filbeck Jr.
June 4th 2018

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
to award me pain, Suffering, punitive Damages along with further medical expenses and pain Suffering for Past, Present and Future also Lawyers Fees and Filing. So The County will Never do this to anyone again.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Bill Filbeck JR, #1016945 P.O. 256, Lampe Mo. 65681

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this Fourth day of June 2018

*[signature]*
Signature(s) of Plaintiff(s)

4

Joseph Garrison
300 E water st
Mt. Vernon MO
65712

US District Court
office of Clerk
1510 Whittaker Courthouse
400 E ninth Street
Kansas City MO
64106

RECEIVED
2018 JUN 11 PM 3:48
CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

neopost
06/07/2018
US POSTAGE $0(